UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Petitioner,                        Case No. 1:07-mc-55

v                                              Hon. Gordon J. Quist

WILLIAM ROZELLE,

       Respondent.
_____/

**ORDER**

On the day prior to the July 12, 2007 show cause hearing in this case, respondent filed an untimely motion, the thrust of which appears to be an attempt to require the court to adhere to its oath and to abide by "constitutionally compliant" law, at least as respondent understands that law (docket no. 9). For the reasons more fully stated on the record at the hearing, the court determines that the motion was untimely by the terms of the Order to Show Cause, that it is moot insofar as it attempts to require the judge to adhere to an oath to abide by the Constitution and laws of the United States that has already been taken, that the court does not concur with the confusing verbiage of respondent's motion and will not be bound by it, that the motion seeks to deflect the court's attention from addressing the duties of the respondent which is the matter at issue in this show cause hearing, and that the motion is not supported by a brief as required by the local rules, W.D. Mich. LCivR 7.1(a). Accordingly, the motion is DENIED as moot.

IT IS SO ORDERED.

Entered: July 26, 2007 /s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge